# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re:

    TIMOTHY A. STARKEY
    SHEWAN N. STARKEY
        Debtor(s)

Case No. 12-71845-PBR

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Christopher Micale, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/05/2012.

2) The plan was confirmed on 01/31/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/27/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/31/2017.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,739.84.

10) Amount of unsecured claims discharged without payment: $38,326.73.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $20,680.15 |
| Less amount refunded to debtor | $108.15 |

**NET RECEIPTS:** **$20,572.00**

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,401.23 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$6,201.23**

Attorney fees paid and disclosed by debtor:        $900.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE | Unsecured | 79.11 | 79.11 | 79.11 | 16.76 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | 8,912.00 | 8,789.36 | 8,789.36 | 1,862.98 | 0.00 |
| BSI FINANCIAL SERVICES, INC. | Secured | 177,405.84 | 182,437.40 | 0.00 | 0.00 | 0.00 |
| BSI FINANCIAL SERVICES, INC. | Secured | 6,250.64 | 6,250.64 | 1,806.32 | 1,806.32 | 0.00 |
| BSI FINANCIAL SERVICES, INC. | Secured | 7,806.00 | 7,806.00 | 2,255.75 | 2,255.75 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 1,383.00 | 1,403.38 | 1,403.38 | 297.46 | 0.00 |
| CAVALRY PORTFOLIO SERVICES, LL | Unsecured | 19,828.00 | 40,419.41 | 19,628.00 | 4,160.33 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 8,818.00 | 8,818.45 | 8,818.45 | 1,869.15 | 0.00 |
| MEDKEY INC | Unsecured | 3,425.10 | 3,567.97 | 3,567.97 | 756.26 | 0.00 |
| MEMBER ONE FCU | Unsecured | NA | 1,336.67 | 1,336.67 | 283.32 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,692.00 | 1,940.13 | 1,940.13 | 411.23 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,200.00 | 3,072.36 | 3,072.36 | 651.21 | 0.00 |
| VANGUARD | Secured | 9,859.03 | NA | NA | 0.00 | 0.00 |
| VIRGINIA DEPARTMENT OF TAXATIO | Priority | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,062.07 | $4,062.07 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,062.07** | **$4,062.07** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$48,635.43** | **$10,308.70** | **$0.00** |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $6,201.23 |
| Disbursements to Creditors | $14,370.77 |
| **TOTAL DISBURSEMENTS** : | **$20,572.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/14/2018                              By: /s/ Christopher Micale
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

## CERTIFICATE OF SERVICE

I, Christopher Micale, Chapter 13 Trustee of the within case, do herby certify that on this 14th day of February, 2018, I caused one copy of the within Trustee's Final Report to be served on the following:

UNITED STATES MAIL/EMAIL, POSTAGE PREPAID

TIMOTHY A. STARKEY
SHEWAN N. STARKEY
P.O. BOX 188
WIRTZ, VA,   24184

Debtor(s)

SENT BY ELECTRONIC MAIL

GILES & LAMBERT, P.C.
P.O. BOX 2780
ROANOKE, VA  24001

/s/ Christopher Micale

Christopher Micale
P.O. BOX 1001
ROANOKE, VA  24005
Chapter 13 Trustee

**UST Form 101-13-FR-S (9/1/2009)**